# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00381-CR

### Oscar Gonzalez aka Jose Luis Barrenos, Appellant

### v.

### The State of Texas, Appellee

### FROM THE DISTRICT COURT OF BELL COUNTY, 426TH JUDICIAL DISTRICT
### NO. 63836, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Oscar Gonzalez aka Jose Luis Barrenos seeks to appeal from his conviction based on his plea of guilty to driving while intoxicated. *See* Tex. Penal Code Ann. § 49.04 (West 2003), § 49.09(b) (West Supp. 2008). He was sentenced to two years in prison, the minimum term for a third degree felony. *See id*. § 12.34 (West 2003). The judgment reflects that Gonzalez waived his right to jury trial. The trial court certified that this is a plea-bargain case, appellant has no right of appeal, and he waived his right to appeal. Accordingly, the record lacks a certification that the defendant has a right to appeal. We must dismiss this appeal. Tex. R. App. P. 25.2(d).

 

 

G. Alan Waldrop, Justice

Before Chief Justice Jones, Justices Waldrop and Henson

Dismissed

Filed:   July 24, 2009

Do Not Publish